LOUIS RUBIN v. INSURANCE COMPANY OF NORTH AMERICA.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN C. BOIARDI v. MARDEN, ORTH & HASTINGS Co., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ADELAIDE E. O'MEARA v. NICHOLAS BETJEMAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE COMMERCIAL TRUST COMPANY OF NEW YORK v. COLUMBIA TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM M. HOES, as Administrator, etc., v. LAWSON PURDY and Others, as Commissioners, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of CORPORATION COUNSEL (OLD KINGSBRIDGE ROAD.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHAMPION COATED PAPER COMPANY v. CAREY PRINTING COMPANY, INC. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SARA E. TECHT v. ELIZABETH HUGHES, Impleaded, etc.—Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN SHEEHAN v. CHARLES W. CAVANAGH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CARL VIETOR and Others v. RELIANCE MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARCHIE KARPF v. JOSEPH WILDMAN.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAWRENCE K. HOFFMAN v. THE WESTERN UNION TELEGRAPH COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ABRAHAM POLLACK v. VINCENT J. FARLEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.